**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dazhi Qiu dba Q&J Trading LLC dba Q&J Trading Logistics LLC | CHAPTER 13 |
| Debtor(s) | BKY. NO. 21-10282 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                      Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
11 Feb 2021, 17:39:19, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322