# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                      :         Chapter 13

                                           :

Dazhi Qiu

                                           :

           Debtor                          :         Bankruptcy No. 21-10282-amc

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated February 5, 2021 and this case be and the same is hereby DISMISSED.

**Date: February 25, 2021**

_____
Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

Atty Disclosure Statement
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2, If Applicable