United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 21-10282-amc |
|---|---|
| Dazhi Qiu | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 25, 2021 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dazhi Qiu, 402 Evergreen Court, North Wales, PA 19454-2095 |
| 14581101 | | BMW Visa Card, P.O. Box 6354, Fargo, N.D. 58125-6354 |
| 14581098 | + | Beyer Lightning Fish Co., Inc., 800 Food Center Drive, Bronx, N.Y. 10474-0054 |
| 14581099 | + | IKEA Credit Card, 420 Alan Wood Road, Conshohocken, PA 19428-1141 |
| 14581094 | + | Integrated Vehicle Leasing, Inc., 734 Walt Whitman Road, Ste. 304, Melville, N.Y. 11747-2216 |
| 14582993 | + | M&T BANK, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14581096 | | M&T Bank, P.O. Box 619063, Dallas, TX 75261-9063 |
| 14581095 | + | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14582550 | + | Towd Point Mortgage Trust Asset-Backed Securities, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 26 2021 01:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 26 2021 01:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 26 2021 01:04:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14581100 | | Email/PDF: gecsedi@recoverycorp.com | Feb 26 2021 01:13:07 | Banana Republic, Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14583567 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 26 2021 01:03:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14581104 | + | Email/Text: rweiss@ddr.com | Feb 26 2021 01:04:00 | Developers Diversified Realty Corporation, 3300 Enterprise Parkway, Beachwood, OH 44122-7200 |
| 14581102 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2021 01:04:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14581103 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 26 2021 01:04:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 25, 2021 | Form ID: pdf900 | Total Noticed: 17 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| DOUGLAS R. LALLY | on behalf of Debtor Dazhi Qiu drlally@hotmail.com  lawshark@hotmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Dazhi Qiu | : | |
| | : | |
| Debtor | : | Bankruptcy No. 21-10282-amc |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated February 5, 2021 and this case be and the same is hereby DISMISSED.

**Date: February 25, 2021**

Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

Atty Disclosure Statement
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and
    Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2, If Applicable